UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DONALD J. CRANSTON, JR., et al.,

                Plaintiffs,

-against-

CHELMSFORD CONTRACTING CORP.,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 5080 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 1 2 2005 ★
BROOKLYN OFFICE

    An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on May 11, 2005, dismissing the case without prejudice for failure to prosecute; it is

    ORDERED and ADJUDGED that plaintiffs take nothing of the defendant; and that the case is dismissed without prejudice for failure to prosecute.

Dated: Brooklyn, New York
       May 11, 2005

                                            ROBERT C. HEINEMANN
                                            Clerk of Court